IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MOBILE COUNTY BOARD OF HEALTH and FAMILY ORIENTED PRIMARY HEALTH CARE CLINIC; | § § § | CASE NO. |
| Plaintiffs, | § | 1:19-cv-01007-KD-B |
| vs. | § | [Removed from the Circuit Court of Mobile County, Alabama, Case No. 02-CV-2019-902806] |
| RICHARD SACKLER; BEVERLY SACKLER; DAVID SACKLER; et al., | § | |
| Defendants. | § § | |

## REQUEST FOR ORAL ARGUMENT ON MOTION TO REMAND

Plaintiffs request oral argument on their pending Motion to Remand.  [Doc. 3].  Oral argument is warranted on this motion for the following reasons:

1.     Defendant McKesson removed this matter to this Court from the Circuit Court of Mobile County based upon a claim that this Court has federal question jurisdiction due to the fact that Plaintiffs' duty allegations refer in part to the Federal Controlled Substances Act.  *See* Notice of Removal [Doc. 1], at 5-16.

2.     McKesson and its counsel knew at the time it removed this case to this Court based on that argument that this federal question jurisdiction contention has been squarely rejected by no less than 20 district courts to which it has been made in opioid cases, all of which remanded those cases to state court.  Nine of those decisions were in cases that McKesson removed from state court based on claimed federal question jurisdiction.  The district courts that have squarely rejected this federal question jurisdiction contention in opioid cases include the district judge handling the

- 1 -

MDL cases in the Northern District of Ohio.  *In re National Prescription Opiate Litigation*, Case No. 1:18-OP-45604-DAP [relating to *State of Montana v. Purdue Pharma*] (N.D. Ohio Aug. 23, 2018).

3.     At oral argument, counsel for McKesson would have the opportunity to look the Court in the eye and explain what objectively reasonable basis McKesson had to assert federal question jurisdiction as the basis for the removal despite its knowledge (and its experience) of the argument having been repeatedly rejected by district courts all over the country.  The Court would have a hands-on and eyes-on opportunity to assess whether McKesson's goal was to actually litigate this case in Federal Court or to instead use an invalid and repeatedly rejected jurisdictional argument to facilitate the extradition of Plaintiffs and their claims from the active, bustling docket of the Circuit Court of Mobile County to the quagmire that is the Opiate MDL in the United States District Court for the Northern District of Ohio.

4.     At oral argument, counsel for McKesson would also be able to look the Court in the eye and explain how its November 20 removal was proper even though it did not have the consent of all of the served Defendants, as required by 28 U.S.C. § 1446(b)(2)(A), and even though it flatly represented to the Court that all of the served Defendants had consented.  *See* Doc. 1, ¶ 49. Again, this eyes-on involvement of the Court would provide the Court with unique insight into the question whether McKesson had an objectively reasonable basis for removal of the matter to this Court.

5.     The grand tradition of oral argument in Federal Courts has been eroded over the years, as busy dockets have limited such opportunities for judicial officers.  One regrettable consequence of this situation is the temptation of parties to take untenable positions in pleadings, comforted in their expectation that their counsel will never have to stand up in Court and defend

those positions.  That is the situation here, and the Court can remedy it by setting the Motion to

Remand for oral argument to give McKesson and the Plaintiffs the opportunity to express to the

Court their positions and to support them if they are in fact supportable.

WHEREFORE, Plaintiffs request that the Court set and entertain oral argument on their

Motion to Remand as soon as possible.

*/s/ Mary Beth Mantiply*
MARY BETH MANTIPLY        (MANTM7470)
*Attorney for Plaintiffs*
*Mobile County Board of Health and*
*Family Oriented Primary Health Care Clinic*

OF COUNSEL:

MANTIPLY & ASSOCIATES
Post Office Box 862
Montrose, Alabama 36559
Phone:  (251) 625-4040
        mbmantiplylaw@gmail.com

*/s/ George M. Walker*
GEORGE M. WALKER         (WALKG0735)
J. REBECCA PARKS          (PARKJ4161)
EMILY VANHANEGAN         (VANHE4782)
*Attorneys for Plaintiffs*
*Mobile County Board of Health and*
*Family Oriented Primary Health Care Clinic*

OF COUNSEL:

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Phone:  (251) 432-5511
Fax:    (251) 694-6375
        gwalker@handfirm.com
        rparks@handfirm.com
        evanhaneghan@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was electronically filed on this the 2nd day of January, 2020 using the CM/ECF system which will send notification to all counsel of record.

| | |
|---|---|
| Counsel for McKesson Corporation<br>Harlan I. Prater, IV<br>Jackson R. Sharman, III<br>Jeffrey P. Doss<br>Brandon K. Essig<br>Benjamin P. Harmon<br>LIGHTFOOT, FRANKLIN & WHITE LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, Alabama 35203<br>    hprater@lightfootlaw.com<br>    jsharman@lightfootlaw.com<br>    jdoss@lightfootlaw.com<br>    bessig@lightfootlaw.com<br>    bharmon@lightfootlaw.com | Counsel for Johnson & Johnson and Janssen Pharmaceuticals, Inc.<br>Christopher S. Berdy<br>Caroline D. Walker<br>BUTLER SNOW<br>1819 5th Avenue North, Suite 1000<br>Birmingham, Alabama 35203<br>    chris.berdy@butlersnow.com<br>    caroline.walker@butlersnow.com<br><br>Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California 90071<br>    clifland@omm.com |
| Counsel for Noramco, Inc.<br>Daniel G. Jarcho<br>ALSTON & BIRD LLP<br>950 F Street NW<br>Washington, DC 20004<br>    daniel.jarcho@alston.com<br><br>Cari K. Dawson<br>Jenny A. Hergenrother<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street NW<br>Atlanta, Georgia 30309<br>    cari.dawson@alston.com<br>    jenny.hergenrother@alston.com | Counsel for Henry Schein, Inc.<br>John A. Henig, Jr.<br>COPELAND, FRANCO, SCREWS & GILL, P.A.<br>Post Office Box 347<br>Montgomery, Alabama 36101-0347<br>    henig@copelandfranco.com<br><br>John P. McDonald<br>C. Scott Jones<br>Brandan J. Montminy<br>LOCKE LORD BISSELL LIDDELL LLP<br>2200 Ross Avenue, Ste. 2800<br>Dallas, Texas 75201<br>    jpmcdonald@lockelord.com<br>    sjones@lockelord.com<br>    brandan.montminy@lockelord.com |
| Counsel for Rite Aid of Alabama, Inc. and Rite Aid of Maryland<br>George R. Irvine, III<br>STONE CROSBY, P.C.<br>8820 Highway 90<br>Daphne, Alabama 36526<br>    girvine@stonecrosby.com | Counsel for The Kroger Co., and Kroger Limited Partnership II<br>Sela Stroud Blanton<br>Betsy Richardson<br>BAINBRIDGE, MIMS, ROGERS & SMITH, LLP<br>Post Office Box 530886<br>Birmingham, Alabama 35253<br>    sblanton@bainbridgemims.com<br>    brichardson@bainbridgemims.com |

| | |
|---|---|
| Counsel for Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Actavis LLC; and Actavis Pharma, Inc. <br> Steven A. Reed <br> MORGAN LEWIS & BOCKIUS LLP <br> 1701 Market Street <br> Philadelphia, Pennsylvania  19103 <br> steven.reed@morganlewis.com <br><br> Brian M. Ercole <br> MORGAN LEWIS & BOCKIUS LLP <br> 200 S. Biscayne Blvd., Suite 5300 <br> Miami, Florida  33131-2339 <br> brian.ercole@morganlewis.com | Counsel for Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC <br> Joshua A. Klarfeld <br> Sarah M. Benoit <br> ULMER & BERNE LLP <br> 600 Vine Street, Suite 2800 <br> Cincinnati, Ohio  45202 <br> jklarfeld@ulmer.com <br> sbenoit@ulmer.com <br><br> Thomas E. Walker <br> H. Eli Lightner II <br> WHITE ARNOLD & DOWD P.C. <br> 2025 Third Avenue North, Suite 500 <br> Birmingham, Alabama  35203 <br> twalker@whitearnolddowd.com <br> elightner@whitearnolddowd.com |
| Counsel for Abbott Laboratories and Abbott Laboratories, Inc. <br> Donald C. Radcliff <br> BRADY RADCLIFF & BROWN, LLP <br> 61 Saint Joseph Street, Suite 1600 <br> Mobile, Alabama  36602 <br> dradcliff@brblawyers.com <br><br> John A. McCauley <br> VENABLE LLP <br> 750 E. Pratt Street, Suite 900 <br> Baltimore, Maryland  21202 <br> JMcCauley@venable.com | Counsel for Allergan Sales, LLC and Allergan USA, Inc. <br> Donna Welch <br> Martin L. Roth <br> Timothy Knapp <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, Illinois  60654 <br> donna.welch@kirkland.com <br> martin.roth@kirkland.com <br> timothy.knapp@kirkland.com <br><br> Jennifer G. Levy <br> KIRKLAND & ELLIS LLP <br> 1301 Pennsylvania Avenue, NW <br> Washington, DC  20004 <br> jennifer.levy@kirkland.com |
| Counsel for Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc.; and Par Pharmaceutical Companies, Inc. <br> Sara M. Turner <br> Leigh Anne Fleming <br> BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC <br> Wells Fargo Tower <br> 420 20th Street North, Suite 1400 <br> Birmingham, Alabama  35203-5202 <br> smturner@bakerdonelson.com <br> lfleming@bakerdonelson.com <br><br> Sean O. Morris <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 777 S. Figueroa St., Suite 4400 <br> Los Angeles, California  90017 <br> sean.morris@arnoldporter.com | Counsel for Defendant Assertio Therapeutics, Inc. f/k/a Depomed, Inc. <br> Kevin M. Sadler <br> BAKER BOTTS LLP <br> 1001 Page Mill Road, Bldg. One, Suite 200 <br> Palo Alto, California  94304 <br> kevin.sadler@bakerbotts.com <br><br> Scott D. Powers <br> David T. Arlington <br> BAKER BOTTS LLP <br> 98 San Jacinto Boulevard, Suite 1500 <br> Austin, Texas  78701 <br> scott.powers@bakerbotts.com <br> david.arlington@bakerbotts.com |

| | |
|---|---|
| Counsel for Anda, Inc.<br>James W. Matthews<br>Ana M. Francisco<br>Katy E. Koski<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Boston, Massachusetts  02199<br>    jmatthews@foley.com<br>    afrancisco@foley.com<br>    kkoski@foley.com | Counsel for Cardinal Health, Inc.<br>Tiffany J. deGruy<br>BRADLEY ARANT BOLT CUMMINGS, LLP<br>One Federal Place<br>1819  5th Avenue North<br>Birmingham, Alabama  35203<br>    tdegruy@bradley.com |
| Counsel for AmerisourceBergen Drug Corporation; and<br>H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co.<br>H. Lanier Brown, II<br>J. Patrick Strubel<br>David L. Brown<br>WATKINS & EAGER PLLC<br>Saks Building<br>1904 1st Avenue North, Suite 300<br>Birmingham, Alabama  35203<br>    lbrown@watkinseager.com<br>    pstrubel@watkinseager.com<br>    dbrown@watkinseager.com | Counsel for Walgreen Eastern Co., Inc. and Walgreen Co., Inc.<br>Anne Stone Sumblin<br>STONE SUMBLIN LAW LLC<br>Post Office Box 345<br>Kinston, Alabama  36453<br>    anne@stonesumblinlaw.com |
| Counsel for CVS Health Corporation; CVS Pharmacy, Inc.;<br>and CVS Indiana, L.L.C.<br>Andrew P. Campbell<br>Cason M. Kirby<br>CAMPBELL PARTNERS LAW<br>505  20th Street North, Suite 1600<br>Birmingham, Alabama  35203<br>    andy@campbellpartnerslaw.com<br>    cason@campbellpartnerslaw.com<br><br>Conor B. O'Croinin<br>ZUCKERMAN SPAEDER LLP<br>110 East Pratt Street, Suite 2440<br>Baltimore, Maryland  21202-1031<br>    cocroinin@zuckerman.com | Counsel for Walmart Inc. and Wal-Mart Stores East, LP<br>Alan T. Hargrove, Jr.<br>Dennis R. Bailey<br>RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.<br>Post Office Box 270<br>Montgomery, Alabama  36101-0270<br>    ath@rushtonstakely.com<br>    drb@rushtonstakely.com<br><br>Christopher Lovrien<br>Sarah G. Conway<br>JONES DAY<br>555 S. Flower Street, 50th Floor<br>Los Angeles, California  90071<br>    cjlovrien@jonesday.com<br>    sgconway@jonesday.com |
| Counsel for John N. Kapoor<br>Brian T. Kelly<br>Kurt M. Mullen<br>Mark T. Knights<br>NIXON PEABODY LLP<br>53 State Street<br>Boston, Massachusetts  02109<br>    bkelly@nixonpeabody.com<br>    kmullen@nixonpeabody.com<br>    mknights@nixonpeabody.com | |
| | |

**Should the Notice of Electronic Filing indicate that notice needs to be delivered by other means, I certify that a copy will be sent via U.S. Mail, postage prepaid and properly addressed to the following:**

| | |
|---|---|
| James W. Matthews<br>Ana M. Francisco<br>Katy E. Koski<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Boston, MA  02199 | Benjamin P. Harmon<br>LIGHTFOOT, FRANKLIN & WHITE LLC<br>The Clark Building<br>400 20th Street North<br>Birmingham, Alabama  35203 |
| Betsy Richardson<br>BAINBRIDGE, MIMS, ROGERS & SMITH, LLP<br>600 Luckie Drive, Suite 415<br>Post Office Box 530886<br>Birmingham, Alabama  35253 | John P. McDonald<br>Brandon J. Montminy<br>C. Scott Jones<br>LOCKE LORD BISSELL LIDDELL LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas  75201 |
| Brian M. Ercole<br>MORGAN, LEWIS & BOCKIUS LLP<br>200 S. Biscayne Blvd., Suite 5300<br>Miami, Florida  33131-2339 | Cari K. Dawson<br>Jenny A. Hergenrother<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street NW<br>Atlanta, Georgia  30309 |
| Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, California  90071 | Christopher Lovrien<br>Sarah G. Conway<br>JONES DAY<br>555 S. Flowers Street, 50th Floor<br>Los Angeles, California  90071 |
| Conor B. O'Croinin<br>ZUCKERMAN SPAEDER LLP<br>100 East Pratt Street , Suite 2440<br>Baltimore, Maryland  21202 | Daniel G. Jarcho<br>ALSTON & BIRD LLP<br>950 F Street, N.W.<br>Washington, DC  20004 |
| David T. Arlington<br>BAKER BOTTS LLP<br>Suite 1500<br>98 San Jacinto Boulevard<br>Austin, Texas  78701 | Donna Welch<br>Martin L. Roth<br>Timothy Knapp<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois  60654 |
| Joshua A. Klarfeld<br>Sarah M. Benoit<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, Ohio  45202 | John A. McCauley<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, Maryland  21202 |
| Kevin M. Sadler<br>BAKER BOTTS LLP<br>1001 Page Mill Road, Bldg. One, Suite 200<br>Palo Alto, California  94304 | Scott D. Powers<br>David T. Arlington<br>BAKER BOTTS LLP<br>98 San Jacinto Boulevard, Suite 1500<br>Austin, Texas  78701 |
| Jeffrey H. Wood<br>BAKER BOTTS LLP<br>The Warner<br>1288 Pennsylvania Avenue, NW<br>Washington, DC  20004 | Jennifer G. Levy<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, NW<br>Washington, DC  20004 |

| | |
|---|---|
| Sean O. Morris<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 S. Figueroa St., Suite 4400<br>Los Angeles, California  90017 | Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania  19103 |
| Brian M. Ercole<br>MORGAN LEWIS & BOCKIUS LLP<br>200 S. Biscayne Blvd., Suite 5300<br>Miami, Florida  33131-2339 | Tiffany J. deGruy<br>BRADLEY ARANT BOLT CUMMINGS, LLP<br>One Federal Place<br>1819  5th Avenue North<br>Birmingham, Alabama  35203 |
| Thomas M. Galloway, Jr.<br>GALLOWAY, WETTERMARK & RUTENS, LLP<br>Post Office Box 16629<br>Mobile, Alabama  36616-0629 | David F. Steele, Jr.<br>STEELE LAW, LLC<br>3 W. Claiborne Street<br>Monroeville, Alabama  36460 |
| Russell Piccoli<br>RUSSELL PICCOLI, PLC<br>701 N. 44th Street<br>Phoenix, Arizona  85008 | Christopher W. Dysard<br>SPEARS & IMES LLP<br>51 Madison Avenue<br>New York, New York  10010 |
| Kevin H. Marino<br>MARINO, TORTORELLA & BOYLE, P.C.<br>437 Southern Boulevard<br>Chatham, New Jersey  07928-1488 | Ricardo A. Woods<br>BURR & FORMAN LLP<br>11 N. Water Street, Suite 22200<br>Mobile, Alabama  36602 |
| Joseph D. Cohen<br>PORTER HEDGES LLP<br>1000 Main Street  36th Floor<br>Houston, Texas  77002 | Alan R. Chason<br>CHASON & CHASON, P.C.<br>Post Office Box 100<br>Bay Minette, Alabama  36507 |
| Brien T. O'Connor<br>Andrew J. O'Connor<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA  02199-3600 | Traci J. Irvin<br>ROPES & GRAY LLP<br>Three Embarcadero Center<br>San Francisco, California  94111-4006 |

/s/ George M. Walker

3793763_1